FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

**Jan 10, 2023**

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

JAMIE M. o/b/o MEM, a minor,

)
*Plaintiff*                          )
)
v.                          )     Civil Action No.   1:22-cv-03057-LRS
)
KILOLO KIJAKAZI, ACTING COMMISSIONER OF      )
SOCIAL SECURITY,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Defendant's Stipulated Motion for Remand, ECF No. 13 is GRANTED.
This case is REVERSED and REMANDED for further proceedings consistent with order filed at ECF No. 14.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge     Lonny R. Suko     on a stipulated motion for remand.

Date:   1/10/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz